# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VADIM VLADIMIROVICH SAVIMSKIY,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

Case No. C11-2122-RAJ

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 4), the respondent's motion to dismiss (Dkt. No. 10), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is **DENIED**, respondent's motion to dismiss (Dkt. No. 10) is **GRANTED**, and this matter is **DISMISSED** with prejudice; and

//

//

ORDER OF DISMISSAL - 1

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of April, 2012.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2